# In the United States Court of Federal Claims

| | |
|---|---|
| PETER J POLINSKI TR<br><br>Plaintiff(s),<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 25-568 L<br><br>Judge |

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

Plaintiff asserts a claim for just compensation under the Fifth Amendment of the United States Constitution, alleging a taking of property by the United States government, specifically the Treasury and the Office of the Comptroller of the Currency (OCC). The grounds for this claim are that the Treasury and OCC failed to redeem the plaintiff's negotiable instrument without providing a hearing or due process of law, resulting in an unlawful seizure of the instrument. This claim is brought pursuant to the Tucker Act, codified at 28 U.S.C. § 1491, seeking monetary damages as the remedy

Received - USCFC

MAR 31 2025

**2. PARTIES**

Plaintiff, Peter J Polinski, resides at 5735 Cavanaugh Rd. Suite 614
(Street Address)

Marcy,NewYork,13403, 561-884-4149
(City, State, ZIP Code) (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

**3. PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims? [x] Yes [ ] No

If yes, please list cases: Polinski vs United States and Arlene Faye Hatten Vs United States, and Dr Dorothy Walker Vs. The United States where I am Private Attorney General

**4. STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Plaintiff presented two Medallion Stamped Promissory Notes to TD Bank: one valued at $500,000.00 and the other at $100,000.00. Subsequently, the United States Treasury and the Office of the Comptroller of the Currency (OCC) engaged in actions that constitute a Federal Taking of these instruments. Specifically, the Treasury and the OCC, acting under color of federal authority, failed to honor and redeem the aforementioned Promissory Notes. This failure was executed without affording the Plaintiff any procedural due process, including notice or a hearing, thus violating fundamental principles of fairness and legal propriety. This deliberate refusal to redeem, coupled with the absence of due process protections, amounts to an unlawful seizure of the Plaintiff's substantial financial instruments. The Plaintiff contends that these actions represent a direct Federal Taking under the Fifth Amendment of the United States Constitution. Consequently, the Plaintiff seeks just compensation for the unlawful seizure of the $500,000.00 and $100,000.00 Medallion Stamped Promissory Notes, pursuant to the jurisdiction granted by the Tucker Act (28 U.S.C. § 1491), to rectify the financial losses incurred as a direct result of the United States' actions

**5. RELIEF.** Briefly state exactly what you want the court to do for you.

Just Compensation and Punitive Damages

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of March, 2025.
(day) (month) (year)

By: Peter-Joseph: Royal House Golenski
Signature of Plaintiff(s)